**U.S. District Court for the
Eastern District of Michigan**

**<u>Index of Exhibits</u>**

1. Toomey Decl.

2. Letters Rogatory

3. Emails