UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE EMBASSY
OF THE ARAB REPUBLIC OF EGYPT
IN THE MATTER OF
HAGAR ABDO HASSAN
V. MOHAMED
SAMY MOHAMED ABYELENIEN

Case No. 2:21-mc-51058

HON. MARK A. GOLDSMITH

_____/

**ORDER REGARDING STIPULATION AND PROPOSED ORDER TO SEAL**

The parties have submitted a stipulation and proposed order to seal specific pages of a document that the Government attached to its 28 U.S.C. § 1782(a) application, on the ground that the pages contain unredacted personally identifying information of Mr. Abyelenien and were not necessary to finally resolve this matter.

The Court can seal only an entire document and not specific pages of a document. Therefore, the Court will seal the entire document that is attached to the Government's § 1782(a) application as Exhibit 2, see Dkt. 1-3, and the Government shall file a redacted version of Exhibit 2 on the public docket.

SO ORDERED.

Dated: June 16, 2022                s/Mark A. Goldsmith
       Detroit, Michigan            MARK A. GOLDSMITH
                                    United States District Judge